CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 1 7 2011

JULIA C DUDLEY CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DERRICK L. GALLOWAY | ) | Case No: 4:03CR30067-1 |
| | ) | USM No: 10070-084 |
| Date of Previous Judgment: _____ 03/03/2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:

## III. ADDITIONAL COMMENTS

Defendant's offense level and resulting custody range were produced by the career offender guideline, which is unaffected by the Amendment. Additionally, Defendant's request for the appointment of counsel and request for "a copy of the transcript of his sentencing hearing" [ECF No. 63] is DENIED.

Except as provided above, all provisions of the judgment dated _____ 03/03/2008 _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____ 10/7-11 _____

Judge's signature

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*